UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                 Plaintiffs,

      - against -

BEST BUY CO., INC.,

                 Defendant.

**ORDER**

19 Civ. 11467 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendants' motion is due on **May 27, 2020**;

2. Plaintiff's opposition is due on **June 17, 2020**; and

3. Defendants' reply, if any, is due on **June 24, 2020**.

The Clerk of Court is directed to terminate the motion (Dkt. No. 17).

Dated: New York, New York
       May 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge